IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYSON KANE BURK,<br><br>Defendant. | Case No. 3:21-cr-00108-JMK<br><br>**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

A plea agreement was filed in this case at Docket 30. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Burk entered a guilty plea to Count 1 of the Indictment, which is a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm, and an admission to Criminal Forfeiture Allegations.

Judge Scoble issued a Final Report and Recommendation at Docket 35, in which he recommended that the District Court accept the Defendant's plea of guilty to

Count I of the Indictment and admissions to the Criminal Forfeiture Allegations. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count I of the Indictment, Felon in Possession of a Firearm, and admissions to the Criminal Forfeiture Allegations. Defendant is adjudged GUILTY of Count I.

The Imposition of Sentence hearing in this matter is confirmed for December 12, 2022, at 10:30 a.m. in Anchorage Courtroom 3.

DATED this 29th day of September, 2022 at Anchorage, Alaska.

                                             */s/ Joshua M. Kindred*
                                             JOSHUA M. KINDRED
                                             United States District Judge

*United States v. Burk*　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:21-cr-00108-JMK
Order re Final Report and Recommendation　　　　　　　　　　　　　　　　　　　　　Page 2
Case 3:21-cr-00108-JMK-MMS　　Document 36　　Filed 09/29/22　　Page 2 of 2